IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT FLORES GOMEZ,<br><br>Defendant. | 6:07-cr-00067 WMW<br><br>ORDER ON GOVERNMENT'S MOTION TO DISMISS<br>(Fed. R. Crim. P. 48 (a)) |

O R D E R

IT IS HEREBY ORDERED that the complaint in the above-entitled case be dismissed as to Robert Flores Gomez without prejudice.

Dated: May ___ , 2007

                                       William M. Wunderlich
                                       U.S. Magistrate Judge

IT IS SO ORDERED.

**Dated:     2007**           **/s/  William M. Wunderlich**
                                    UNITED STATES MAGISTRATE JUDGE

1